CRAVEN et al. v. CITY OF ARANSAS PASS.
No. 3325.

Court of Civil Appeals of Texas. El Paso.
Jan. 9, 1936.

John A. Mobley, of Corpus Christi, for appellants.

C. Burtt Potter and James G. Cook, both of Sinton, for appellee.

PELPHREY, Chief Justice.

Appellants having filed no assignments of error nor briefs, and there appearing no fundamental error in the record, the motion of appellee is sustained and the appeal dismissed.